JULIET BRUSH, Respondent, v. THE LONG ISLAND RAILROAD COMPANY, Appellant.

*Brush* v. *Long Island R. R. Co.*, 10 App. Div. 535, affirmed.
(Argued March 24, 1899; decided April 18, 1899.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the second judicial department, entered December 15, 1896, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*W. C. Beecher* and *William J. Kelly* for appellant.

*Henry A. Monfort* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur, except BARTLETT, J., not voting.

---

WILLIAM E. DORWIN et al., Respondents, v. JOHN B. WESTBROOK, Appellant.

*Dorwin* v. *Westbrook*, 11 App. Div. 394, affirmed.
(Argued March 24, 1899; decided April 18, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 17, 1896, affirming a judgment in favor of plaintiffs directed by the court upon a special verdict, and an order denying a motion for a new trial.

*S. D. Halliday* and *Thomas D. Husted* for appellant.

*Martin S. Lynch* for respondents.

Judgment and order affirmed, with costs; no opinion.
All concur, except MARTIN, J., not voting.